UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LAETHEM EQUIPMENT COMPANY, a Michigan
Corporation, LAETHEM FARM SERVICE CO., a
Michigan corporation, MICHAEL T. LAETHEM, and
MARK E. LAETHEM,

                Plaintiffs,        Case No. 1:05CV10113

vs.        Hon. David W. Lawson,
        U.S. District Judge

DEERE & CO., a Delaware corporation,

        Magistrate Judge Charles E. Binder

                Defendant.

| Norman C. Ankers (P30533) | John W. Allen (P10120) |
|---|---|
| Ann L. Andrews (P46886) | email: jwallen@varnumlaw.com |
| Honigman Miller Schwartz and Cohn LLP | Richard D. Fries (P32396) |
| Attorneys for Plaintiffs | email: rdfries@varnumlaw.com |
| 222 N. Washington Square, Suite 400 | Varnum Riddering Schmidt & Howlett LLP |
| Lansing, Michigan 48933 | Attorneys for Defendant |
| (517) 377-0703 – Phone | 251 N. Rose St., 4th Floor |
| (517) 364-9503 – Fax | Kalamazoo, Michigan 49007-3823 |
| | (269) 382-2300 - Phone |
| | (269) 382-2382 - Fax |

## NOTICE OF FAULT OF NON-PARTIES

Deere & Company, by its attorneys, Varnum, Riddering, Schmidt & Howlett LLP, hereby gives notice, pursuant to MCR 2.112(K) and MCL 600.2957, that non-parties Katherine Laethem, The Estate of Francis Laethem, The Francis M. Laethem Trust, Nancy Laethem Stern, Joseph A. Laethem, Carol A. Starling, and Mary Vinckier are wholly or partially at fault for the damages which Plaintiff is attempting to recover in this action.  Upon information and belief, these non-parties reside at:

    Katherine Laethem – 8 Kingsley Court, Frankenmuth, MI  38734.

    The Estate of Francis Laethem – c/o Katherine Laethem, 8 Kingsley Court, Frankenmuth, MI  48734.

<u>The Francis M. Laethem Trust</u> – c/o Katherine Laethem, 8 Kingsley Court, Frankenmuth, MI  48734.

<u>Nancy Laethem Stern</u> – 2034 W. Cortland St., Chicago, IL  60647

<u>Joseph A. Laethem</u> – 3590 Roland Drive, Bloomfield Hills, MI  48301

<u>Carol A. Starling</u> – 1110 N. Colling Road, Caro, MI  48723

<u>Mary Laethem Vinckier</u> – 14303 Yale Rd., Lynn, MI  48097

This Notice of Fault to each non-party is premised upon information discovered in Defendant's review of files and documents contained in the matter of *Michael T. Laethem and Mark E. Laethem  v. Kathryn M. Laethem, Individually and as CPA and Trustee of the Francis M. Laethem Trust,* 54th Circuit Court for the County of Tuscola,  Michigan, Case No. 03-21644-CZ.

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Attorneys for Defendants

Dated:  August 4, 2005         By:    */s/John W. Allen*
                                              John W. Allen (P10120)
                                              Richard D. Fries (P32396)
                                              **BUSINESS ADDRESS:**
                                              251 North Rose Street, 4th Floor
                                              Kalamazoo, MI 49007-3823
                                              Phone:  (269) 382-2300
                                              Fax:  (269) 382-2382
                                              E-mail:  jwallen@varnumlaw.com
                                              E-mail:  rdfries@varnumlaw.com

1142786_2.DOC

Notice of Fault of Non-Parties                                              Laethem Equipment Company, et al.
vs.
Deere & Co.
Case No. 1:05CV10113

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2005, I electronically filed **Notice of Fault of Non-Parties** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Ann L. Andrews at [AAndrews@honigman.com](mailto:AAndrews@honigman.com).

I declare that the above statements are true to the best of my knowledge, information and belief.

By: _____*/s/ John W. Allen*_____
John W. Allen (P10120)
**BUSINESS ADDRESS:**
251 North Rose Street, 4th Floor
Kalamazoo, MI 49007-3823
(269) 382-2300
jwallen@varnumlaw.com

Notice of Fault of Non-Parties                                Laethem Equipment Company, et al.
                                                                                         vs.
                                                                                  Deere & Co.
                                                                         Case No. 1:05CV10113

3