UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAETHEM EQUIPMENT COMPANY,
LAETHEM FARM SERVICE COMPANY
MICHAEL T. LAETHEM and MARK E.
LAETHEM,

          Plaintiffs,

v.          Case No: 05-10113-BC
        Honorable David M. Lawson

DEERE & COMPANY,

          Defendant.
_____/

## ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE PAUL J. KOMIVES AND SETTING HEARING

On April 12, 2006, this Court referred a number of motions to Magistrate Judge Paul J. Komives for hearing and determination, including the defendant's motion to strike the testimony of the plaintiff's expert, Thomas Schwartzenberger. The Order of Reference for that motion will now be withdrawn because it appears that the matter is better decided by the trial judge.

Accordingly, it is **ORDERED** that the Order of Reference [dkt # 63] to Magistrate Judge Paul J. Komives for the defendant's motion to strike Mr. Schwartzenberger's testimony [dkt # 56] is **WITHDRAWN**.

It is further **ORDERED** that a hearing on the defendant's motion to strike Mr. Schwartzenberger's testimony shall be held at **2 p.m. on June 15, 2006**.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated: April 27, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 27, 2006.

s/Tracy A. Jacobs
TRACY A. JACOBS