UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAETHEM EQUIPMENT COMPANY,
LAETHEM FARM SERVICE COMPANY
MICHAEL T. LAETHEM and MARK E.
LAETHEM,

Case Number 05-10113
Honorable David M. Lawson

v.

DEERE & COMPANY,

               Defendant.
_____/

## JUDGMENT

A jury returned its verdict on February 26, 2010, finding for the plaintiffs Laethem Equipment Company and Laethem Farm Service Company on Counts 1, 2, 3 of their complaint, and plaintiffs Michael T. Laethem and Mark E. Laethem on count 4 of their complaint and awarded damages, and in favor of defendant Deere & Company on counts 4, 5, 6 and 7 of the complaint.

Accordingly, it is **ORDERED AND ADJUDGED** that the respective plaintiffs shall recover from the defendant Deere & Company the following sums:

    Laethem Equipment Company the amount of $3,740,000.00
    Laethem Farm Service Company the amount of $1,665,000.00
    Michael T. Laethem the amount of $270,900.00
    Mark E. Laethem the amount of $267,600.00

plus applicable interest and costs to be taxed.

It is further **ORDERED AND ADJUDGED** that counts 4, 5, 6 and 7 of the complaint are **DISMISSED WITH PREJUDICE**, and the respective plaintiffs shall take nothing on counts 4, 5, 6 and 7 of the complaint.

                                        s/David M. Lawson  
                                        DAVID M. LAWSON  
                                        United States District Judge

Dated:  February 26, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 26, 2010.

                                    s/Teresa Scott-Feijoo  
                                    TERESA SCOTT-FEIJOO