

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK E. LAETHEM,

        Plaintiff,

v.

        Case Number 05-10113
        Honorable David M. Lawson

DEERE & CO.,

        Defendant.
_____/

**FILED**

FEB 2 6 2010

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

## VERDICT FORM:
### (Mark Laethem)

We, the jury, answer the questions submitted as follows:

1. On the plaintiff's claim in count IV of the complaint for intentional and improper interference with his employment relationships with Laethem Equipment Company and Laethem Farm Services Company, we find in favor of (**check one**):

       ____ Defendant Deere & Company
       ✓ Plaintiff Mark Laethem

2. On the plaintiff's claim in count VI of the complaint for aiding and abetting Kathryn Laethem in breaching a fiduciary duty, we find in favor of (**check one**):

       ✓ Defendant Deere & Company
       ____ Plaintiff Mark Laethem

3. If you find in favor of plaintiff Mark Laethem in items 1 or 2, above, state the following:

       We assess damages as follows:
       A.    For the loss of earnings, the sum of $ 850,000.00 .
       B.    For the loss of opportunity to earn 11% interest on loans made to Laethem Equipment Company and Laethem Farm Services Company, the sum of $ 742,000.00 .

4.  If you found for the plaintiff in items 1 or 2 above, answer the following questions. Using 100 percent as the total fault that proximately caused the damage to plaintiff Mark Laethem, what is the percentage of the total fault of all persons that contributed to the damage, including each plaintiff and each person released from liability, regardless of whether the person was or could have been named as a party to the action, attributable to each of the following?

Answer:      __30__ % (percent) Defendant Deere & Company

                _____ % (percent) Laethem Equipment Company

                __70__ % (percent) Kathryn Laethem

                _____ % (percent) Francis M. Laethem Trust

                _____ % (percent) Laethem Farm Services Company

                _____ % (percent) Joseph A. Laethem

                _____ % (percent) Mark Laethem

                _____ % (percent) Michael Laethem

**s/Jury Foreperson**
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Dated: __2/26__, 2010