UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAETHEM EQUIPMENT COMPANY, a Michigan Corporation, LAETHEM FARM SERVICE CO., a Michigan corporation, MICHAEL T. LAETHEM, and MARK E. LAETHEM, | Case No. 2:05-cv-10113 <br><br> Hon. David W. Lawson, <br> U.S. District Judge |
| Plaintiffs, <br> vs. | |
| DEERE & CO., a Delaware corporation, | |
| Defendant. | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant, DEERE & CO., hereby appeals to the United States District Court of Appeals for the Sixth Circuit from the judgment entered in this action on the 2nd day of February, 2010, and from the order denying Defendant's renewed motion for judgment as a matter of law or a new trial and sealed motion to alter or amend the judgment entered on June 30, 2010.

                                                                       Varnum LLP
                                                                       Attorneys for Deere & Co.

Dated: July 30, 2010                     By:  *s/John W. Allen*
                                                                John W. Allen (P10120)
                                                                Eric J. Guerin (P46142)
                                                          Business Address & Telephone:
                                                               251 North Rose Street, 4th Floor
                                                               Kalamazoo, Michigan 49007-3823
                                                               (269) 382-2300
                                                       Email: jwallen@varnumlaw.com
                                                                ejguerin@varnumlaw.com

3618112_1.DOC